# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SELECT MANAGEMENT RESOURCES, LLC, a Georgia limited liability company, | ) ) ) Civil Action ) No. |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TITLE CREDIT ACCEPTANCE, LLC, a Georgia limited liability company, | ) ) ) |
| Defendant. | ) ) |

## RULE 3.3 CERTIFICATE OF INTERESTED PERSONS

Plaintiff Select Management Resources, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a) Select Management Resources, LLC, Plaintiff.

b) Select Management Resources, LLC does not have a parent corporation.

c) No publicly held corporation owns 10% or more of Select Management Resources, LLC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

a) Rod Aycox;

b) North American Title Loans, Inc., an Alabama corporation;

c) LoanMax, LLC, an Arizona limited liability corporation;

d) LoanMax, LLC, a Delaware limited liability corporation;

e) Northeastern Title Loans, LLC, a Delaware limited liability corporation;

f) North American Title Loans, LLC, a Georgia limited liability corporation;

g) Instant Cash Loans on Car Titles, Inc., a Georgia corporation;

h) Aycox & Aycox, Clayton Inc., a Georgia corporation;

i) Aycox, Inc., a Georgia Corporation;

j) Pennbrooke Financial Services, LLC, a Georgia limited liability corporation;

k) Drummond Financial Services, LLC, an Georgia limited liability corporation;

l) Anderson Financial Services, LLC, an Iowa limited liability corporation;

m) Anderson Financial Services, LLC, an Idaho limited liability corporation;

n) Midwest Title Loans, Inc., an Illinois corporation;

o) LoanMax, LLC, a Mississippi limited liability corporation;

p) LoanMax, LLC, a New Hampshire limited liability corporation

q) North American Title Loans, LLC, a New Mexico limited liability corporation;

r) North American Title Loans, LLC, a South Carolina limited liability corporation;

s) North American Title Loans, Inc., a South Dakota corporation;

t) Wellshire Financial Services, LLC, a Texas limited liability corporation; and

u) North American Title Loans, LLC, a Utah limited liability corporation.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) Plaintiff Select Management Resources, LLC is represented by Joseph D. Wargo of the law firm of Wargo & French LLP.

Respectfully submitted this 1st day of April, 2014.

WARGO & FRENCH LLP

/s/ Joseph D. Wargo
Joseph D. Wargo
Georgia Bar No. 738764
999 Peachtree Street NE
26th Floor
Atlanta, GA 30309
Phone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wargofrench.com
*Attorneys for Plaintiff*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 1st day of April, 2014.

    WARGO & FRENCH LLP

    /s/ Joseph D. Wargo
    Joseph D. Wargo
    Georgia Bar No. 738764
    999 Peachtree Street NE
    26th Floor
    Atlanta, GA 30309
    Phone: (404) 853-1500
    Fax: (404) 853-1501
    jwargo@wargofrench.com
    *Attorneys for Plaintiff*